OR~~IGIN~~AL

FILED

07/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0216

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0216

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF THE SUPREME COURT
COMMISSION ON TECHNOLOGY

O R D E R

Sarah McClain has resigned as the State Law Librarian, and the position on the Montana Supreme Court Commission on Technology must be filled. The Court thanks Ms. McClain for her service to the Commission, to this Court, and to the people of Montana.

IT IS ORDERED that Christine Mandiloff is hereby appointed to the Commission on Technology in the State Law Librarian position for a term expiring on December 31, 2022.

The Clerk is directed to provide copies of this Order to Sarah McClain, to each member of the Commission on Technology, and to the State Bar of Montana.

DATED this _____ day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2